```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                      Case No. 07-00004-RNO
Marlin Renoll                                               Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: MMchugh          Page 1 of 1          Date Rcvd: Dec 16, 2016
                              Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 18, 2016.
db             +Marlin Renoll,    212 S. Pine St., Apt. B,    York, PA 17403-2314

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2016                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 16, 2016 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor   JP Morgan Chase Bank, et al... ASwartz@mwc-law.com,
               ecfmail@mwc-law.com
              Danielle Boyle-Ebersole    on behalf of Creditor   CitiBank NA debersole@hoflawgroup.com,
               bbleming@hoflawgroup.com
              Jay B Jones    on behalf of Creditor   Wells Fargo Bank, N.A. pamb@fedphe.com
              Joseph P Schalk    on behalf of Creditor   Wells Fargo Bank, N.A. pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor   JPMorgan Chase Bank, et al bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Leslie E Puida    on behalf of Creditor   JP Morgan Chase Bank, et al... bkgroup@goldbecklaw.com,
               bkgroup@goldbecklaw.com
              Leslie J Rase    on behalf of Creditor   Select Portfilio Servicing Inc pabk@logs.com,
               lerase@logs.com
              Steven M. Carr    on behalf of Trustee Steven M. Carr (Trustee) stevecarr8@comcast.net,
               njdodson@comcast.net
              Steven M. Carr (Trustee)    carrtrustee@yahoo.com, pa31@ecfcbis.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vicki Ann Piontek    on behalf of Debtor Marlin  Renoll vicki.piontek@gmail.com
                                                                                             TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

MARLIN RENOLL | Chapter: 7

Debtor(s) | Case Number: 1:07-bk-00004-RNO

MARLIN RENOLL

Movant(s) | Document No.: 141

| Nature of Proceeding: Motion to Reopen Case

# ORDER

The above-referenced pleading is hereby **DISMISSED** for failure to pay the filing fee.

By the Court,

*Robert N. Opel II*
Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: December 15, 2016

MDPA-Order Denied or Dismissed-REV 09/13