```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                          Case No. 07-00004-RNO
Marlin Renoll                                                   Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0314-1        User: MMchugh          Page 1 of 1         Date Rcvd: Jan 23, 2017
                            Form ID: orfeedue      Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2017.
db             +Marlin Renoll,    212 S. Pine St., Apt. B,    York, PA 17403-2314

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2017 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    JP Morgan Chase Bank, et al... ASwartz@mwc-law.com,
               ecfmail@mwc-law.com
              Danielle Boyle-Ebersole    on behalf of Creditor    CitiBank NA debersole@hoflawgroup.com,
               bbleming@hoflawgroup.com
              Jay B Jones    on behalf of Creditor    Wells Fargo Bank, N.A. pamb@fedphe.com
              Joseph P Schalk    on behalf of Creditor    Wells Fargo Bank, N.A. pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    JPMorgan Chase Bank, et al bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Leslie E Puida    on behalf of Creditor    JP Morgan Chase Bank, et al... bkgroup@goldbecklaw.com,
               bkgroup@goldbecklaw.com
              Leslie J Rase    on behalf of Creditor    Select Portfilio Servicing Inc pabk@logs.com,
               lerase@logs.com
              Steven M. Carr    on behalf of Trustee Steven M. Carr (Trustee) stevecarr8@comcast.net,
               njdodson@comcast.net
              Steven M. Carr (Trustee)    carrtrustee@yahoo.com, pa31@ecfcbis.com
              United States Trustee     ustpregion03.ha.ecf@usdoj.gov
              Vicki Ann Piontek    on behalf of Debtor Marlin  Renoll vicki.piontek@gmail.com
                                                                                             TOTAL: 11

orfeedue(07/16)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Marlin Renoll

Chapter 7

Case number 1:07–bk–00004–RNO

**Debtor(s)**

Document Number: 145

**Order Filing Fee Due**

Finding that the fee in the amount of **$260.00** assessed in connection with the Motion to Reopen, has not been paid, it is hereby

**ORDERED** that the fee be paid in full on or before **January 30, 2017** or the pleading may be stricken by the court for failure to pay the filing fee.

Dated: January 23, 2017

By the Court,

*[Signature: Robert N. Opel II]*

Honorable Robert N. Opel
United States Bankruptcy Judge
By: MMchugh, Deputy Clerk