```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                                Case No. 07-00004-RNO
Marlin Renoll                                                         Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1     User: MMchugh     Page 1 of 1     Date Rcvd: Jan 24, 2017
                      Form ID: pdf010     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2017.
db         +Marlin Renoll,    212 S. Pine St., Apt. B,    York, PA 17403-2314

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                   TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2017                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2017 at the address(es) listed below:
          Ann E. Swartz    on behalf of Creditor    JP Morgan Chase Bank, et al... ASwartz@mwc-law.com,
           ecfmail@mwc-law.com
          Danielle Boyle-Ebersole    on behalf of Creditor    CitiBank NA debersole@hoflawgroup.com,
           bbleming@hoflawgroup.com
          Jay B Jones    on behalf of Creditor    Wells Fargo Bank, N.A. pamb@fedphe.com
          Joseph P Schalk    on behalf of Creditor    Wells Fargo Bank, N.A. pamb@fedphe.com
          Joshua I Goldman    on behalf of Creditor    JPMorgan Chase Bank, et al bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Leslie E Puida    on behalf of Creditor    JP Morgan Chase Bank, et al... bkgroup@goldbecklaw.com,
           bkgroup@goldbecklaw.com
          Leslie J Rase    on behalf of Creditor    Select Portfilio Servicing Inc pabk@logs.com,
           lerase@logs.com
          Steven M. Carr    on behalf of Trustee Steven M. Carr (Trustee) stevecarr8@comcast.net,
           njdodson@comcast.net
          Steven M. Carr (Trustee)    carrtrustee@yahoo.com, pa31@ecfcbis.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          Vicki Ann Piontek    on behalf of Debtor Marlin  Renoll vicki.piontek@gmail.com
                                                                                                                                                            TOTAL: 11

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|                          |   |          |
|--------------------------|---|----------|
|                          | : | 07-00004 |
| MARLIN RENOLL            | : |          |
|    Debtor / Movant | : | Chapter 7 |

## ORDER

AND NOW, upon consideration of the MOTION TO RE-OPEN CASE, the same shall be granted. The above captioned case shall be reopened.

By the Court,

*/s/ Robert N. Opel, II*

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)

Dated: January 24, 2017