```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                           Case No. 07-00004-RNO
Marlin Renoll                                                    Chapter 7
         Debtor                    CERTIFICATE OF NOTICE

District/off: 0314-1     User: MMchugh           Page 1 of 1        Date Rcvd: Mar 27, 2017
                         Form ID: pdf010         Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2017.
```
              ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,    2ND FL,    DENVER CO 80237-3485
                (address filed with court:  CACV of Colorado, LLC,    370 17th Street, Ste. 5000,
                  Denver, CO  80202)
              +WELTMAN, WEINBERG & REIS CO., L.P.A,    James c. Warmbrodt, Esquire,
                436 Seventh Avenue, Suite 2718,    Pittsburgh, PA 15219-1818
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2017 at the address(es) listed below:
```
              Ann E. Swartz    on behalf of Creditor    JP Morgan Chase Bank, et al... ASwartz@mwc-law.com,
               ecfmail@mwc-law.com
              Danielle Boyle-Ebersole    on behalf of Creditor    CitiBank NA debersole@hoflawgroup.com,
               bbleming@hoflawgroup.com
              Jay B Jones    on behalf of Creditor    Wells Fargo Bank, N.A. pamb@fedphe.com
              Joseph P Schalk    on behalf of Creditor    Wells Fargo Bank, N.A. pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    JPMorgan Chase Bank, et al bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Leslie E Puida    on behalf of Creditor    JP Morgan Chase Bank, et al... bkgroup@goldbecklaw.com,
               bkgroup@goldbecklaw.com
              Leslie J Rase    on behalf of Creditor    Select Portfilio Servicing Inc pabk@logs.com,
               lerase@logs.com
              Steven M. Carr    on behalf of Trustee Steven M. Carr (Trustee) stevecarr8@comcast.net,
               njdodson@comcast.net
              Steven M. Carr (Trustee)    carrtrustee@yahoo.com, pa31@ecfcbis.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vicki Ann Piontek    on behalf of Debtor Marlin  Renoll vicki.piontek@gmail.com
                                                                                         TOTAL: 11
```

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re. Marlin Renoll | : | |
| 212 South Pine Street | : | |
| York, PA  17403 | : | |
|     Debtor | : | |
| Marlin Renoll | : | |
| 212 South Pine Street | : | Chapter 7 |
| York, PA  17403, | : | |
| | : | |
|     Movant | : | 07-00004 |
| v. | : | |
| CACV OF COLORADO, LLC | : | |
| 370 17TH ST., SUITE 5000 | : | |
| DENVER, CO 80202, | : | |
|     Respondent | : | |

**ORDER**

AND NOW, upon consideration of Debtor's MOTION TO AVOID JUDICIAL LIEN OF CACV of COLORADO, LLC, the same shall be GRANTED.

IT IS FURTHER ORDERED THAT the Judicial Lien on the Debtor's residence located at 212 South Pine Street, York, PA  17403, resulting from the judgment entered in the case of CACV OF COLORADO, LLC v. Marlin Renoll, in the Court of Common Pleas, in  York County Court of Common Pleas, Pennsylvania, Docket Number 2006 SU 1576 is hereby AVOIDED.  Said judicial lien is hereby VACATED.

By the Court,

*Robert N. Opel II* (signature)

Dated: March 27, 2017

Robert N. Opel, II, Chief Bankruptcy Judge

(DG)