In re:                                                          Case No. 07-00004-RNO
Marlin Renoll                                                   Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: MMchugh          Page 1 of 1          Date Rcvd: Apr 11, 2017
                             Form ID: orclreop       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2017.
db              +Marlin Renoll,    212 S. Pine St., Apt. B,    York, PA 17403-2314

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2017 at the address(es) listed below:
          Ann E. Swartz    on behalf of Creditor    JP Morgan Chase Bank, et al... ASwartz@mwc-law.com,
           ecfmail@mwc-law.com
          Danielle   Boyle-Ebersole    on behalf of Creditor    CitiBank NA debersole@hoflawgroup.com,
           bbleming@hoflawgroup.com
          Jay B Jones    on behalf of Creditor    Wells Fargo Bank, N.A. pamb@fedphe.com
          Joseph P Schalk    on behalf of Creditor    Wells Fargo Bank, N.A. pamb@fedphe.com
          Joshua I Goldman    on behalf of Creditor    JPMorgan Chase Bank, et al bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Leslie E Puida    on behalf of Creditor    JP Morgan Chase Bank, et al... bkgroup@goldbecklaw.com,
           bkgroup@goldbecklaw.com
          Leslie J Rase    on behalf of Creditor    Select Portfilio Servicing Inc pabk@logs.com,
           lerase@logs.com
          Steven M. Carr    on behalf of Trustee Steven M. Carr (Trustee) stevecarr8@comcast.net,
           njdodson@comcast.net
          Steven M. Carr (Trustee)    carrtrustee@yahoo.com, pa31@ecfcbis.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          Vicki Ann Piontek    on behalf of Debtor Marlin   Renoll vicki.piontek@gmail.com
                                                                              TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Marlin Renoll                                    Chapter 7

Case number 1:07−bk−00004−RNO

**Debtor(s)**

## Order

And now, whereas an Order has been heretofore entered reopening the above estate, and it further appearing that said reopened estate has been fully administered, it is hereby

**ORDERED** that the above named bankrupt estate be, and it hereby is, closed.

Dated:  April 11, 2017                            By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: MMchugh, Deputy Clerk